UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

PEDRO RAINEY,

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-444(VB)

Defendant Pedro Rainey hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

*Pedro Rainey by L. Shee*
Defendant's Signature

PEDRO RAINEY
Print Defendant's Name

Date 4-2-21

*L. Shee*
Defendant's Counsel's Signature

LARRY SHEEHAN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Date 4-9-21

_____
U.S. District Judge