UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                      -against-

PEDRO RAINEY,

                                    Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-444(VB)

USDC SDNY
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/21

Defendant Pedro Rainey hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_✓_ Conference Before a Judicial Officer


_P. Rainey_ (by Larry Sheehan)      _Larry Sheehan_
Defendant's Signature                     Defendant's Counsel's Signature

PEDRO RAINEY                         LARRY SHEEHAN
Print Defendant's Name                Print Counsel's Name

Date 5-14-21

This proceeding was conducted by reliable video or telephone conferencing technology.

_5/21/21_
Date    5-21-21                                  U.S. District Judge