UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

PEDRO RAINEY,

                           Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR-444(VB)

USDSDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2021

Defendant Pedro Rainey hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_____
Defendant's Signature

PEDRO RAINEY
Print Defendant's Name

_____
Defendant's Counsel's Signature

LARRY SHEEHAN
Print Counsel's Name

Date 6-21-21

This proceeding was conducted by reliable video or telephone conferencing technology.

6/25/21
Date

_____
U.S. District Judge