# LARRY SHEEHAN
## Attorney at Law
840 Grand Concourse-Suite 1A
Bronx, New York 10451
Office Phone: (718) 913-0168
Cell Phone: (917) 417-0490
Email: Larry-nicky@att.net

October 20, 2021

Honorable Vincent Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Pedro Rainey
    20 Cr 444 (VB)

Dear Judge Briccetti:

    Please be advised that I still have a jury deliberating on a homicide trial in Bronx Supreme Court and request an adjournment of the above matter. I am free any day in the next two weeks except October 27th.

    If the Court has any questions please do not hesitate to contact the undersigned.

Sincerely,

Larry Sheehan

LS/ss

---

*Handwritten annotations:*

The conference as to defendant Rainey is adjourned to:

**11-3-21 at 11:30 AM**

The conference as to defendants Frank Brown and Tonya Brown shall proceed as scheduled on 10/21/2021, at 1:00 pm

So Ordered:
WBriccetti, USDJ
10/20/2021