UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                                   :
v.                                                 :          **ORDER**
                                                   :
PEDRO RAINEY,                              :          S1 20 CR 444-2 (VB)
                    Defendant.          :
                                                   :
--------------------------------------------------------------x

       For the reasons stated on the record at today's conference, defendant Pedro Rainey's pretrial motions (Doc. #118) were granted in part and denied in part.

       All the dates and deadlines set forth in the Court's Order dated October 21, 2021 (Doc. #131) remain in effect.

       The Clerk is instructed to terminate the motion. (Doc. #118).

Dated: November 3, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge